IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:17 CR 11-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| JASON E. COUSINS | ) | |
| | ) | |
| Defendant. | ) | <u>ORDER</u> |

A Motion for Compassionate Release and/or Supplemental Motion under Section 603(b) of the First Step Act has been filed with the Court. The United States shall have seven (7) days from the date of this Order in which to respond. Briefs shall contain a summary of the facts upon which they rely, and shall contain statements of the applicable law and citations to relevant case and statutory authority. Defense counsel must notify the Court within two (2) days of the filing of the Government's Response if they intend to file a Reply in support of the Defendant's Motion.

IT IS SO ORDERED.

<u>/s/ Donald C. Nugent</u>
DONALD C. NUGENT
United States District Judge

DATE: <u>January 26, 2021</u>