UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:17 CR 11 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JASON COUSINS, | ) | |
| Defendant. | ) | |

    This matter is before the Court on Defendant's Motion to Reduce Sentence Purusant to 18 U.S.C. §3582(c)(1)(A)(I) For Immediate Compassionate Release Due to Covid-19 Health Circumstances. (ECF # 208). Under the terms of the First Step Act, 18 U.S.C. §3582(c)(1)(A), inmates may file a request with the court to modify an imposed term of imprisonment for "extraordinary and compelling reasons. Following the parties' briefing of this motion, the Sixth Circuit issued a mandate vacating Mr. Cousin's judgment and remanding for re-trial. This ruling renders the Motion for Compassionate Release moot as there is currently no sentence to reduce. ECF #211, 204). Although Mr. Cousin's appointed counsel briefly mentions the potential of bond as alternative relief based on the Sixth Circuit's opinion, this is not within the scope of his current representation and has not been fully addressed by the briefing on his motion for Reduced Sentence. Mr. Cousin's has been appointed counsel for the re-trial of his case. The issue of

bond is better addressed, if appropriate, as part of those proceedings.  For these reasons, Mr. Cousin's Motion to Reduce Sentence is DISMISSED.  (ECF #208).  IT IS SO ORDERED.

                                       DONALD C. NUGENT
                                       Senior United States District Judge

DATE: March 17, 2021